No. 1010. WARDEN, MARYLAND PENITENTIARY v. LEDBETTER. C. A. 4th Cir. Certiorari denied. *Francis B. Burch*, Attorney General of Maryland, and *R. Randolph Victor* for petitioner.

No. 1016. FRAZIER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Charles Norman Shaffer* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 1023. EXCHANGE & SAVINGS BANK OF BERLIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *John S. McDaniel, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Robert N. Anderson* for the United States.

No. 1025. NAPLES v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied. *Dan W. Duffy* for petitioner. *William B. Saxbe*, Attorney General of Ohio, *Donald M. Colasurd*, First Assistant Attorney General, and *Leo J. Conway*, Assistant Attorney General, for respondent.

No. 1031. SPIGNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1069. FRED OLSEN LINE ET AL. v. CURRY, ADMINISTRATRIX. C. A. 9th Cir. Certiorari denied. *Graydon S. Staring* for petitioners. *William A. Lahanier* for respondent.

No. 1123. KELLY, ADMINISTRATOR v. CHABOT. Sup. Ct. Ill. Certiorari denied.